DAVID C. VAN EVERY v. CHERYL R. REID (FORMERLY CHERYL R. VAN EVERY)

No. 224PA00

(Filed 6 April 2001)

On discretionary review pursuant to N.C.G.S. § 7A-31 of an unpublished, unanimous decision of the Court of Appeals, 137 N.C. App. 589, 533 S.E.2d 570 (2000), affirming a judgment and order entered 12 October 1998 by Cayer, J., in District Court, Mecklenburg County. Heard in the Supreme Court 15 February 2001.

*The Tryon Legal Group, by Jerry Alan Reese, for plaintiff-appellant.*

*Joseph L. Ledford for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.